UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HELEN C. HOPKINSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE TJX COMPANIES, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:21-CV-2254-CAP |

## **O R D E R**

The complaint in this personal injury action was filed on March 7, 2021, in the State Court of DeKalb County, Georgia. [Doc. No. 1-2]. After filing answers in state court, the defendants removed the action to federal court on June 1, 2021. [Doc. No. 1]. Following discovery, the parties reached a settlement. [Doc. No. 27]. The plaintiff now moves to dismiss her claims with prejudice. [Doc. No. 28].

Pursuant to Federal Rule of Civil Procedure 41, a plaintiff may dismiss her claims by filing a stipulation of dismissal signed by all the parties who have appeared in the action or by court order. The defendants have not filed a response to the plaintiff's motion. The court therefore deems the motion to be unopposed. *See* Local Rule 7.1(B), NDGa ("Failure to file a response shall indicate that there is no opposition to the motion."). The court hereby

GRANTS the plaintiff's motion. [Doc. No. 28]. The plaintiff's claims are DISMISSED WITH PREJUDICE. As no matters remain pending before the court, the clerk is DIRECTED to close this case.

**SO ORDERED** this 22nd day of February, 2022.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge